PROB 12A
(10/24)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Simeon Gravesande | Cr.: 24-00271-001 |
| | PACTS #: 8746243 |

Name of Judicial Officer:   THE HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE, ED/NY
(Jurisdiction transferred to the Honorable Julien X. Neals on 4/11/2024)

Date of Original Sentence: 03/20/2024

Original Offense:   Count One: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Methamphetamine, 21 U.S.C. § 846, 21 U.S.C. § 841(b)(l)(C)

Original Sentence: Time served, three (3) years' supervised release

Special Conditions: None

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: 03/20/2024 |

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states, **"You must refrain from any unlawful use of a controlled substance."** |
| | On February 21, 2025, Simeon Gravesande admitted to using marijuana. Subsequently, a urine analysis test was performed which returned positive for Cannabinoids. |
| 2 | The individual under supervision has violated the mandatory supervision condition which states, **"You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer."** |
| | In discussion with Simeon Gravesande, he admitted to traveling to Brooklyn, New York, on several occasions and without permission from the U.S. Probation Office. |

Prob 12A – page 2
Simeon Gravesande

| | |
|---|---|
| 3 | The individual under supervision has violated the mandatory supervision condition which states, **"You must not commit another federal, state, or local crime."** |

On February 16, 2025, Simeon Gravesande was involved in a motor vehicle collision on the intersection of East 93 Street and Rutland Road in Brooklyn, New York. Upon official check by the New York Police Department of Simeon Gravesande's Division of Motor Vehicle records, his New York driver's license was found to be suspended. Subsequently, Simeon Gravesande was arrested by the NYPD and charged with one count of Aggravated Unlicensed Operator Vehicle-3rd – VTL0511.

U.S. Probation Officer Action:

Simeon Gravesande admitted to frequently traveling to 75 Grafton Street in Brooklyn, New York, to visit his girlfriend. As a result, the U.S. Probation Office verbally reprimanded Mr. Gravesande for traveling outside of the District of New Jersey without permission. Mr. Gravesande reported that he was unaware he needed permission to travel to New York. The U.S. Probation Office has instructed Mr. Gravesande to halt all unapproved travel to New York immediately.

When confronted about the above-mentioned arrest in Brooklyn, New York, Mr. Gravesande admitted that he was unaware of his New York driver's license suspension. The U.S. Probation Office instructed Mr. Gravesande to resolve his driver's license suspension and appear on March 8, 2025, at 9:00 am in the Criminal Court of New York City for the above-mentioned arrest. After confronting Mr. Gravesande for the above-mentioned arrest, he admitted to using marijuana recently. A urine test was performed which tested positive for the presence of THC. As a result, Mr. Gravesande was verbally reprimanded for the usage of marijuana, and the consequences for continued non-compliance were discussed. The U.S. Probation Office instructed Mr. Gravesande to stop usage of marijuana immediately.

At this time, our office is respectfully recommending no formal court action be taken against Mr. Gravesande for the above-mentioned non-compliances. The U.S. Probation will continue to closely monitor Mr. Gravesande. He will be subjected to further urine testing and the resolution of his charge in the Criminal Court of New York City will be monitored. The Court will be promptly notified of any further non-compliance.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:   PATRICK HATTERSLEY
Supervising U.S. Probation Officer

/smk

Prob 12A – page 3
Simeon Gravesande

PREPARED BY:

_____   02/25/25
SIMON M. KRIVORUK                        Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge

2/25/2025
Date